AO 440 (Rev. 10/93) Summons in a Civil A

# United States District Court

for the _____ DISTRICT OF Massachusetts

Painters and Allied Trades District
Council No. 35

V.

Sean Brunetti, d/b/a V.F Taping

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-11527 DPW

TO: (Name and address of defendant)

Mr. Sean Brunetti
V.F. Taping
8 Association Avenue
Bridgewater, MA 02324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Conti, Esq.
Feinberg, Campbell & Zack, PC
117 Milk Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS  7-8-04

CLERK

(BY) DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110
*Plymouth, ss.*

September 10, 2004

I hereby certify and return that on 9/1/2004 at 02:10 pm I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of Sean Brunetti, d/b/a V-F Taping, , 8 Association Avenue, Bridgewater, MA 02324 and by mailing 1st class to the above address on 9/2/2004. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($16.00) Total Charges $53.50

Left with adult male, Chris Brunetti

Deputy Sheriff Joseph P. Reilly

_____
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                         Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.