UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Painters & Allied Trades District Council No. 35_
**Plaintiff**

CIVIL ACTION

NO. 04-11527

V.

_Brunetti_
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, _Painters & Allied Trades District Council No. 35_ for an order of Default for failure of the Defendant, _Jean Brunetti_, _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this _22_ day of _December 2004_.

TONY ANASTAS
CLERK OF COURT

By: _Richard Niiii_
Deputy Clerk

Notice mailed to: _Jean Brunetti_
_V.F. Taping_
_8 Association Avenue_
_Bridgewater, Ma 02324_

(Default Notice.wpd - 2/2000)

[ntcdflt.]