UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAINTERS AND ALLIED TRADES ) <br> DISTRICT COUNCIL NO. 35 ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> SEAN BRUNETTI, d/b/a V.F. TAPING ) <br> Defendant. ) <br> ) | C.A. NO. 04-11527-DPW |

### AFFIDAVIT OF JONATHAN M. CONTI
### IN SUPPORT OF AWARD OF ATTORNEY'S FEES AND COSTS

Jonathan M. Conti deposes and says as follows:

1. I am an attorney associated with the law firm of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts and the Massachusetts Supreme Judicial Court. I have acted as the legal representative of the Painters and Allied Trades District Council No. 35 for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing the enforcement of the arbitration award has been 4.00 hours charged at the rate of $195.00 per hour. Accordingly, the amount of legal fees incurred by the Fund as a result of work performed by this office is $780.00. The costs incurred total $203.50. An itemized copy of Plaintiff's attorney fees and costs is attached hereto as Exhibit A.

3.  The total attorney's fees and costs incurred by the Plaintiff are $983.50.

SIGNED UNDER PENALTIES OF PERJURY THIS 10th DAY OF JANUARY, 2005.

                                                        Jonathan M. Conti
                                                        BBO# 657163

Case 1:04-cv-11527-DPW    Document 7    Filed 01/12/2005    Page 3 of 4



```
                          128.054
                Feinberg, Campbell & Zack, P.C.
         Painters & Allied Trades D.C.#35 Funds
            V F Taping - delinquent funds

                   Trans
        Client     Date      Amount
        ------     -----     ------
Fees
        128.054  07/06/2004  292.50  Draft Complaint to enforce arbitration award;
                                     Telephone conference with Doris Hardy
        128.054  07/07/2004  195.00  Preparation and filing of Complaint and
                                     related documents
        128.054  12/08/2004   97.50  Draft Request for Notice of Default
        128.054  12/20/2004  195.00  Draft Default documents
                             ------
Total for Fees               780.00

Advances
        128.054  07/07/2004  150.00  Filing Fees/ (38) Clerk, US District Court
        128.054  09/09/2004   53.50  Service of Complaint & Summons: County
                                     of Plymouth
                             ------
Total for Advances           203.50

              GRAND TOTAL    983.50
```

Page 1