UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35<br>Plaintiff, | )<br>)<br>)<br>)<br>)  C.A. No. 04-11527-DPW<br>)<br>)<br>SEAN BRUNETTI, d/b/a V.F. TAPING  )<br>Defendant.  )<br>) |

## JUDGMENT

A default has been entered against Sean Brunetti, d/b/a V.F. Taping on December 22, 2004, for failing to answer or otherwise defend.

Now, upon application and declaration of Plaintiff demonstrating that Defendant owes Plaintiff the sum of $7,269.89 pursuant to the arbitration award, interest in the amount of $437.10, and reasonable attorney's fees and costs in the amount of $983.50; and that Defendant Sean Brunetti, d/b/a V.F. Taping, is not an infant nor an incompetent person, nor in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant the sum of $8690.49. Motions for default judgment brought by the Plaintiff in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

Dated this 9th day of March, 2005.

BY THE COURT

_____
U.S. District Court Judge