UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                     CIVIL ACTION 04-11527-DPW

To the United States Marshall for the District of Massachusetts or his deputies and to the Sheriffs of the Counties of the Commonwealth of Massachusetts or their Deputies;

**WHEREAS,** Painters and Allied Trades District Council No. 35, has recovered a Judgment in this Court against Sean Brunetti, d.b.a V.F. Taping, on the 9th day of March, 2005 for the sum of $8,690.49 debt or damage, including prejudgment interest as to us appears of record, whereof this First Execution remains to be done.

**WE COMMAND YOU,** therefore, that of the good and chattels or lands of said Judgment Debtor, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $8,690.49 in the whole, with interest thereon at the rate of 3.24% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's office of our said court, at Boston, MA within Twenty (20) years after the date of said judgment or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 16th day of June, 2005

By: _____
Deputy Clerk